# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3927

_____

United States of America

*Plaintiff - Appellee*

v.

Darnell Michael Norton, also known as Dino

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Sioux City

_____

Submitted: October 4, 2016
Filed: October 7, 2016
[Unpublished]

_____

Before SMITH, BENTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Darnell Michael Norton appeals after the district court[1] denied his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2).  Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

The district court did not abuse its discretion in denying a sentence reduction, as it adequately examined the sentencing factors and public safety concerns, and explained its reasoning.  *See United States v. Long*, 757 F.3d 762, 763 (8th Cir. 2014) (abuse-of-discretion review of discretionary decision whether to grant authorized § 3582(c)(2) modification); *see also United States v. Curry*, 584 F.3d 1102, 1103-05 (8th Cir. 2009) (district court did not abuse its discretion in declining to reduce defendant's sentence under § 3582(c)(2) due to defendant's criminal history).

The judgment is affirmed and counsel's motion to withdraw is granted.

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.